No. 93–8061. BARBER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–8142. SNAVELY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8180. DUNBAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8216. WRIGHT v. WRIGHT ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–8248. LEWIS v. MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 93–8261. CLARK v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–8263. DUNLAP v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 93–8265. ALEXANDER v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–8266. BORBON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–8269. WOODRUFF v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–8270. WHITING v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–8271. HILL v. OHIO. Ct. App. Ohio, Lorain County. Certiorari denied.

No. 93–8272. GAYDOS v. CHERTOFF, UNITED STATES ATTORNEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–8278. WRIGHT v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 93–8288. ALLEN v. LOCKLEY ET AL. C. A. 2d Cir. Certiorari denied.